IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00571-MSK-KMT

KARIN BERRIO

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT NO. 2, and
MIKE F. MILES, in his individual and official capacities,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Stipulated Motion for Protective Order and Protective Order" (#14, filed July 25, 2008) is GRANTED. The Protective Order will be entered.

Dated: July 30, 2008